**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-6991**

---

STEVEN ORVILLE CUPP,

    Petitioner - Appellant,

  v.

WARDEN, USP HAZELTON,

    Respondent - Appellee.

---

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:24-cv-00145-JPB-JPM)

---

Submitted:  May 22, 2025        Decided:  May 27, 2025

---

Before KING, AGEE, and WYNN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Steven Cupp, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Orville Cupp, a federal prisoner, appeals the district court's orders dismissing with prejudice his 28 U.S.C. § 2241 petition and denying his Fed. R. Civ. P. 59(e) motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Cupp v. Warden*, No. 5:24-cv-00145-JPB-JPM (N.D. W. Va. Sept. 13, 2024 & Oct. 1, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*